# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

JERRY E. JOHNSON,

    Plaintiff,

v.

MS. MOORE, *et al.*,

    Defendants.

Case No. 2:18-cv-02427-RFB-VCF

**ORDER TO PRODUCE JERRY E. JOHNSON, #1178106**

TO: MONICA NAVARRO, NEVADA DEPARTMENT OF CORRECTIONS; and
TO: BRIAN E. WILLIAMS, SR., HIGH DESERT STATE PRISON
INDIAN SPRINGS, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF
NEVADA AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **JERRY E. JOHNSON, #1178106,** is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **JERRY E. JOHNSON, #1178106,** to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in LV Courtroom 7C, Las Vegas, Nevada, on or about June 14, 2019, at the hour of 2:30 p.m., to attend the hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **JERRY E. JOHNSON, #1178106,** is released and discharged by the said Court; and that the said J**ERRY E. JOHNSON, #1178106,** shall

/ / /

/ / /

thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 28th day of May, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**