**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JERRY E. JOHNSON,

       Plaintiff,

vs.

MS. MOORE, *et al.*,

       Defendants.

2:18-cv-02427-RFB-VCF

**ORDER**

    Before the Court are the Motion to Extend Discovery by 90 Days (ECF No. 39) and the Motion to Withdraw the Motion to Conduct Depositions and Vacate Hearing (ECF No. 43).

    Plaintiff is seeking a 90-day extension to conduct discovery due to challenges brought on by the Covid-19 pandemic. Defendants do not oppose Plaintiff's request for a 90-day discovery extension but rather dispute the factual basis of Plaintiff's request to extend the discovery deadlines was caused by any delay or bad faith conduct of Defendants or Defendants' counsel. (ECF No. 41).

    Even without consideration of the disputed facts, Plaintiff has given sufficient reason for the court to grant a 90-day discovery extension.

    Accordingly, and for good cause shown,

    IT IS HEREBY ORDERED that the Motion to Withdraw the Motion to Conduct Depositions and Vacate Hearing (ECF No. 43) is GRANTED, and the telephonic hearing scheduled for 11:00 AM, November 24, 2020, is VACATED.

    IT IS FURTHER ORDERED that the Motion to Extend Discovery by 90 Days (ECF No. 39) is GRANTED.

    The following discovery deadlines apply:

    1.    DISCOVERY: Pursuant to LR 16-1(b), discovery in this action shall be completed on or before **February 16, 2021**.

2. Any and all pleadings that may be brought under Fed. R. Civ. P. 13 & 14, or joining additional parties under Fed. R. Civ. P. 19 & 20.  This deadline has passed and will not be extended.

3. Amendments to pleadings as provided for under Fed. R. Civ. P. 15.  This deadline has passed and will not be extended.

4. Expert disclosures must be made on or before **December 18, 2020**, and the disclosures of rebuttal experts must be made on or before **January 19, 2021**.

5. Dispositive Motions must be filed and served no later than **March 18, 2021**.

6. The Joint Pretrial Order is due by **April 19, 2021**.  If dispositive motions are filed, the joint pretrial order is due thirty (30) days from the entry of the court's rulings on the motions or by further order of the court.

7. EXTENSIONS OF DISCOVERY:   Pursuant to LR 26-4, an extension of the discovery deadline will not be allowed without a showing of good cause.  All motions or stipulations to extend discovery shall be received by the Court at least twenty-one (21) days prior to the date fixed for completion of discovery by this Scheduling Order, or at least twenty-one (21) days prior to the expiration of any extension thereof that may have been approved by the Court.  The motion or stipulation shall include:

(a) A statement specifying the discovery completed by the parties of the date of the motion or stipulation;

(b) A specific description of the discovery which remains to be completed;

(c) The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and

(d) A proposed schedule for the completion of all remaining discovery.

IT IS SO ORDERED.

DATED this 18th day of November, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE