UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JERRY E. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>MS. MOORE, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-02427-RFB-VCF<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE / TELECONFERENCE JERRY E. JOHNSON #1178106** |

TO:   CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **JERRY E. JOHNSON #1178106**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **JERRY E. JOHNSON #1178106**, on or about Tuesday, March 15, 2022 the hour of 8:15 AM, for a **videoconference** hearing by zoomgov technology, plaintiff by teleconference in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **JERRY E. JOHNSON #1178106,** is released and discharged by the said Court; and that **JERRY E. JOHNSON #1178106,** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 11th day of March, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**